# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWIN GUZMAN,** : | |
|     **Petitioner** : | |
| : | No. 1:20-cv-738 |
| **v.** : | |
| : | (Judge Rambo) |
| **WARDEN DOUGLAS K. WHITE,** : | |
|     **Respondent** : | |

## ORDER

**AND NOW**, on this 2nd day of June 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED**; and

2. The Clerk of Court is **DIRECTED** to **CLOSE** the above-captioned case.

                                                         s/ Sylvia H. Rambo
                                                       United States District Judge